April 3, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

### IN THE INTEREST OF E.M.B AND H.A.B., CHILDREN

NO. 14-14-00011-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, In the Interest of E.M.B and H.A.B., Children.

We further order this decision certified below for observance.